IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case Number: 5:21-PO-00130 |
| CHRISTOPHER R. TAYLOR | |

### ORDER

Having reviewed the United States' Unopposed Motion to Dismiss, all relevant law, and there being no opposition thereto, the Court hereby

**GRANTS** the Motion, and

**ORDERS** that the above-listed case is **DISMISSED** without prejudice.

**ENTERED** this __8th__ day of July 2022.

_____
JOEL C. HOPPE
UNITED STATES MAGISTRATE JUDGE

1